UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE FROSOLONE, | : |
| PLAINTIFF, | : 3:03CV509(MRK) |
| v. | : |
| UNITED STATES OF AMERICA | : |
| DEFENDANT. | : |

STIPULATION OF DISMISSAL

It is hereby stipulated that the above-captioned cause of action may be dismissed with prejudice, each party to bear its costs and attorney's fees.

Executed this 29th day of September, 2003.

_____
George Frosolone,
Plaintiff

_____  10-2-03
William M. Brown, Jr., AUSA
Attorney for Defendant,
United States of America

_____
Steven B. Rasile, Esq.
Attorney for the Plaintiff

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By: P.Q. Vuano
Deputy Clerk

FILED
Oct 31 9 39 2003
U.S. DISTRICT COURT
NEW HAVEN

**UNITED STATES POSTAL SERVICE**

ACCOUNTING SERVICE CENTER, 1720 MARKET STREET, ST. LOUIS MO 63180-9020
TELEPHONE NUMBER: (314) 436-5310

Page 1 of 1

## Remittance Advice

10-08-2003

| | |
|---|---|
| Vendor ID: | 888888888UA00001 |
| Check Number: | 0302623123 |
| Check Amount: | $***42000.00 |
| Check Date: | 10-08-2003 |

GEORGE FROSOLONE &
STEVE B RASILE ATTY
C/O NATL TORT CTR (JDS)
PO BOX 66640
ST LOUIS  MO 63166-6640

The accompanying check is for payment under the contract number(s), invoice(s), claim(s) or travel voucher(s)/advance(s) listed below. Questions concerning payments issued against a contract number should be directed to the Contracting Officer who is responsible for administering the contract.

| Contract Number | Travel Dates/ Invoice/Claim Number | Invoice Date | Gross Amount/ PPA Days Past Due | Inv Paid Amt/ PPA Int Rate | Discount Amt/ PPA Int Amt | Advance Appl'd/ Tax Withhold/ PPA Pnlty Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| NONE | NT002385 | 10/07/03 | 42,000.00 | 42,000.00 | 0.00 | 0.00 | 42,000.00 |

- -Separate Along The Perforation- -

**UNITED STATES POSTAL SERVICE**

EAGAN MN 55121-9640

FACE OF THIS DOCUMENT PRINTED IN RED, BLUE & GRAY INKS

DATE    10-08-2003         L 03511090         CHECK NO.  0302623123

Forty-Two Thousand and 00/100 Dollars                              62-26/311  0083-09

0302623123

PAY TO THE ORDER OF    GEORGE FROSOLONE &
                       STEVE B RASILE ATTY
                       C/O NATL TORT CTR (JDS)
                       PO BOX 66640
JP Morgan Chase, Syracuse NY    ST LOUIS  MO 63166-6640
5801 E. Taft Road
North Syracuse NY 13212-4710

$***42000.00



VOID AFTER ONE YEAR    VICE PRESIDENT, TREASURER

⑆0302623123⑆ ⑈031100267⑈ 6301500835 509⑆