UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE FROSOLONE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV509(MRK) |
| v. | : | |
| | : | |
| THE UNITED STATES OF AMERICA, | : | OCTOBER 31, 2003 |
| | : | |
| Defendant. | : | |

## **ORDER**

The Stipulation For Compromise Settlement And Release Of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677 (Doc. #16) is hereby GRANTED.

IT IS SO ORDERED,

/s/      Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: October 31, 2003